# CASES

DETERMINED IN THE

## FIRST DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS

## DURING THE YEAR 1917.

---

City of Chicago, Defendant in Error, v. Edward Erickson, Plaintiff in Error.

**Gen. No. 22,245.   (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. JOHN K. PRINDIVILLE, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Reversed and remanded. Opinion filed April 10, 1917.

### Statement of the Case.

Prosecution by the City of Chicago, plaintiff, against Edward Erickson, defendant, for making a disturbance and committing an assault in violation of a city ordinance. From a judgment of guilty and imposing a fine of fifty dollars, defendant brings error.

JAMES D. POWER, for plaintiff in error.

SAMUEL A. ETTELSON and HARRY B. MILLER for defendant in error; DANIEL WEBSTER, of counsel.

(242)

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

MUNICIPAL CORPORATIONS, § 864*—*when evidence insufficient to sustain judgment for violation of ordinance.* On a prosecution for violation of a city ordinance, in which the defendant was fined for making a disturbance and committing an assault, where there was no testimony to support the charge except that of the complaining witness, a woman, and she was flatly contradicted by the defendant, and the physical circumstances seemingly favored the defendant, and nothing in the record indicated that the parties were not of equal credibility, and where several business men of prominence had testified in support of the character of the defendant, *held* that the city had failed to establish the charges by a preponderance of the evidence.

---

**Sydney Walker, Defendant in Error, v. Charles Hilland, Plaintiff in Error.**

**Gen. No. 22,260.    (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. DENNIS W. SULLIVAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed on remittitur. Opinion filed April 10, 1917.

## Statement of the Case.

Action by Sydney Walker, plaintiff, against Charles Hilland, defendant, to recover damages for injury to plaintiff's automobile due to a collision with defendant's automobile. From a judgment for plaintiff for $298.31, defendant brings error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.